

Wilson Sonsini Goodrich & Rosati
Professional Corporation

222 Delaware Avenue
Suite 800
Wilmington, Delaware 19801-1600

O: 302.304.7600
F: 866.974.7329

April 9, 2021

**VIA ELECTRONIC FILING**

The Honorable Leonard P. Stark
United States District Court
   for the District of Delaware
844 North King Street
Wilmington, DE 19801

      Re:   *Avion Pharmaceuticals, LLC and RxOmeg Therapeutics, LLC, a/k/a Romeg Therapeutics, LLC v. Granules Pharmaceuticals, Inc.*, C.A. No. 20-898 (LPS)

Dear Chief Judge Stark:

    The parties in the above-referenced matter write to request the scheduling of a discovery teleconference pursuant to Paragraph 8(h) of the Proposed Scheduling Order (D.I. 23), submitted March 1, 2021.

    The following attorneys, including at least one Delaware Counsel and at least one Lead Counsel per party, participated in a verbal meet-and-confer (by telephone) on April 6, 2021 and April 9, 2021:

<u>Delaware Counsel for Plaintiff Romeg Therapeutics, LLC</u>
- Ian Liston, Wilson Sonsini Goodrich & Rosati, P.C.

<u>Lead Counsel for Plaintiff Romeg Therapeutics, LLC</u>
- Yan-Xin Li, Wilson Sonsini Goodrich & Rosati, P.C.

<u>Delaware Counsel for Plaintiff Avion Pharmaceuticals, LLC</u>
- Stamatios Stamoulis, Stamoulis & Weinblatt LLC

<u>Lead Counsel for Plaintiff Avion Pharmaceuticals, LLC</u>
- Emily Greb and Maria Stubbings, Perkins Coie LLP

<u>Delaware Counsel for Defendant Granules Pharmaceuticals, Inc.</u>
- Karen Pascale, Young Conaway Stargatt & Taylor LLP

**WILSON SONSINI**

The Honorable Leonard P. Stark
April 9, 2021
Page 2

<u>Lead Counsel for Defendant Granules Pharmaceuticals, Inc.</u>
- o   Gary Coad and Janine Carlan, Arent Fox LLP

The disputes requiring judicial attention are listed below:

- Whether the Protective Order should include prosecution and regulatory bars, as proposed by Defendant, and if so, what is the appropriate scope of such bars.

Respectfully,

/s/ *Ian R. Liston*
Ian R. Liston (#5507)

cc:   Counsel of Record (via electronic mail)